Kelvin J. MILES, Petitioner—
Appellant,

v.

WARDEN, MARYLAND CORREC-
TIONAL INSTITUTE, Hagerstown,
Maryland, Respondent—Appellee.

No. 03–7734.

United States Court of Appeals,
Fourth Circuit.

Submitted July 19, 2004.

Decided Aug. 12, 2004.

Kelvin J. Miles, Appellant pro se.

Before NIEMEYER, LUTTIG, and
KING, Circuit Judges.

PER CURIAM.

Kelvin J. Miles, a state prisoner, seeks
to appeal the district court's order denying
relief on his petition filed under 28 U.S.C.
§ 2254 (2000).* An appeal may not be
taken from the final order in a § 2254
proceeding unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2000). A certificate of
appealability will not issue for claims ad-
dressed by a district court absent "a sub-
stantial showing of the denial of a constitu-
tional right." 28 U.S.C. § 2253(c)(2)
(2000). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find both that his constitutional
claims are debatable or wrong and that
any dispositive procedural rulings by the
district court are also debatable or wrong.
*See Miller-El V. Cockrell,* 537 U.S. 322,
338, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th
Cir.2001). We have independently reviewed
the record and conclude that Miles has not
made the requisite showing. Accordingly,
we deny the motions for a certificate of
appealability, bail, and appointment of
counsel, and dismiss the appeal. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED*

---

* By order filed April 6, 2004, this appeal was placed in abeyance for *Jones v. Braxton,* No. 03–6891. In view of our recent decision in *Reid v. Angelone,* 369 F.3d 363 (4th Cir.2004), we no longer find it necessary to hold this case in abeyance for *Jones.*